**No. 45633.**—Protests 998514–G, etc., of A. Lizzola Co., Inc., et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45634.**—Protest 47101–K of Q. W. Lung Co. (Boston).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D: 372) the protest was sustained as to certain items.

**No. 45635.**—Protest 10603–K of Canton Co. (New York).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372) the protest was sustained.

**No. 45636.**—Protest 23375–K of Consumers Import Co., Inc. (Baltimore).

Opinion by EVANS, J. It was stipulated that the merchandise consists of peat moss of the same character as that passed upon in *Peat Import Corp.* v. *United States* (4 Cust. Ct. 181, C. D. 319). The claim for free entry under paragraph 1685 was therefore sustained.

**No. 45637.**—Protest 38935–K of Premier Peat Moss Corp. (Philadelphia).

Opinion by EVANS, J. It was stipulated that the merchandise consists of peat moss of the same character as that passed upon in *Peat Import Corp.* v. *United States* (4 Cust. Ct. 181, C. D. 319). The claim for free entry under paragraph 1685 was therefore sustained.

**No. 45638.**—Protests 43233–K, etc., of John Alban & Co., Inc., et al. (New York).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45639.**—Petition 5976–R of Montgomery Ward & Co. (Houston).

Opinion by EVANS, J. The petition was dismissed.

**No. 45640.**—Protest 938592–G of Taiyo Trading Co., Inc. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of Rockingham earthenware the same as that passed upon in *Butler* v. *United States* (4 Cust. Ct. 120, C. D. 303). The claim at 25 percent under paragraph 210 was therefore sustained.